FILED _____ ENTERED
LOGGED _____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUL 1 2 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND   DEPUTY

BY

DAWN C POLK

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. ADC 21CV1740

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
              *(check one)*

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ANDREW COLLINS - D.E.R. AMTRAK
Street Address: AMTRAK 30TH ST. Philadelphia,
City and County: Philadelphia, PA / Philadelphia PA. County
State and Zip Code: PENNSYLVANIA 19104
Telephone Number: (202) 641-0248 / (800) 872-7245
E-mail Address: ANDREW.COLLINS AT AMTRAK.COM

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: ALTON LAMONTAGNE
Job or Title (if known): ROAD FOREMAN MANAGER
Street Address: 1500 NORTH CHARLES STREET
City and County: BALTIMORE, MD 21201-5815
State and Zip Code: MARYLAND 21201-5815
Telephone Number: (410) 291-4269
E-mail Address (if known): ALAMONTAGN iCLOUD.COM

2

Defendant No. 2

Name: CURTIS STENCIL
Job or Title (if known): TRAINMASTER MANAGER
Street Address: 1500 NORTH CHARLES STREET
City and County: BALTIMORE / BALTIMORE
State and Zip Code: MARYLAND 21201-5815
Telephone Number: (410) 971-5505
E-mail Address (if known): CURTIS.STENCIL AT AMTRAK.COM

Defendant No. 3

Name: TRACEY ARMSTRONG
Job or Title (if known): TRAINMASTER MANAGER
Street Address: 1500 NORTH CHARLES STREET
City and County: BALTIMORE / BALTIMORE COUNTY
State and Zip Code: MARYLAND 21201-5815
Telephone Number: (302) 388-1749
E-mail Address (if known): TRACEY.ARMSTRONG AT AMTRAK.COM

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

**C.   Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name: AMTRAK / MARC BALTIMORE PENN.
Street Address: 1500 NORTH CHARLES STREET
City and County: BALTIMORE / BALTIMORE COUNTY
State and Zip Code: MARYLAND 21201-5815
Telephone Number: (410) 291-4269

3

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

    *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

    *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

    *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Other federal law *(specify the federal law)*:
    _____

- [ ] Relevant state law *(specify, if known)*:
    _____

- [ ] Relevant city or county law *(specify, if known)*:
    _____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment. (for 6 WEEKS)
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*: BREACH of CONTRACTS CONTRACTS

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s) 03/25/2019, 04/07/19, 06/17/2020, 07/07/2020, 07/29/2020, 10/05/2020, 12/31/2020, 01/26/21, AND 02/04/2021

C.  I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race AFRICAN AMERICAN
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* _____

5

E.  The facts of my case are as follows. Attach additional pages if needed.

WAS INJURED ON THE JOB - DEC 2018
RETURNED TO WORK DRUG TEST 03/25/19
DID NOT GIVE ENOUGH URINE SPECIMEN
DENIED A 2ND DRUG TEST ON 3/26/19 AS POLICY STATES
SENT BACK FOR SHY BLADDER EVAL.
TERMINATED APRIL 2019

I SHOULD HAVE RTN 2ND DAY

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

PHONE INTAKE ON 04/28/21 / EEOC DOC 05/10/21

B.  The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* 05/10/2021.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☑ less than 60 days have elapsed.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

DISCRIMINATION - RACIAL

BREACH OF COMPANY CONTRACTUAL AGREEMENTS - TWICE

WRONGFUL TERMINATION FOR 6 WEEKS DUE TO COMPANY BREACHING ITS OWN DRUG AND ALCOHOL POLICY AGREEMENT OF 2017

CONTRACTUAL AGREEMENT I SIGNED IN APRIL 2019 TO GET JOB BACK ALSO BREACHED.

RETALIATION - by way of EXCESSIVE TESTING

HARASSMENT - FORCED TO STAY AT WORK AFTER (12) hours ON duty - FRA VIOLATION of hours of SERVICE

FILED IN house AMTRAK DRO REPORT AND Without RESOLUTION, the REPORT WAS CLOSED A WEEK AFTER I SPOKE TO AMTRAK COMPLIANCE DEPARTMENT. She STATED she would CALL ME bACK AND she didN'T AND DRO REPORT WAS CLOSED.

6

BREACH of CONTRACT AGREEMENTS (2 X)

WRONGFUL TERMINATION for 6 WEEKS DUE TO NOT FOLLOWING the AMTRAK 2017 DRUG AND ALCOHOL POLICY.

RETALIATION by WAY of excessive follow-up DRUG TESTING AFTER EXPIRATION of CONTRACT that WAS EXPIRED AND EXPUNGED from my file MAY 08th, 2020.

HARASSMENT - ViA EXCESSIVE DRUG TESTING FOLLOW-UPS AFTER 1 YEAR EXPIRATION MAY 08th 2020, WILLFUL VIOLATION of hours of SERVICE TWICE AND FORCING ME TO STAY PASS my (12) hours ON DUTY TO give URINE SPECIMEN. FRA ISSUED (2) MONETARY FINES ON 01/26/2021 AND 02/04/2021 for A WILLFUL VIOLATION of HOURS of SERVICE WITH ME.

DISCRIMINATION - I WAS DISCRIMINATED AGAINST due TO MY RACE. I NEVER, EVER TESTED POSITIVE FOR DRUGS OR ALCOHOL AND I SIMPLY did NOT let MY bladder GET full enough. I don't drink or do drugs.

CONTACTED UNION/LABOR RELATIONS - THEY GOT ME A SECOND RETURN TO WORK DRUG TEST - 6 WEEKS LATER. LABOR RELATIONS DREW UP A CONTRACTUAL AGREEMENT I WAS REQUIRED TO SIGN TO RECEIVE MY EMPLOYMENT BACK. I FULFILLED MY REQUIREMENTS ON THE LABOR RELATIONS AGREEMENT; however the CONTRACTUAL AGREEMENT WAS AGAIN BREACHED. I WAS SUBJECTED TO A MINIMUM of (6) FOLLOW-UP UNANNOUNCED drug TESTS IN ONE YEAR of MY RETURN TO SERVICE. I RETURNED TO WORK MAY 08th, 2019 AND MAY 08th 2020 MARKED ONE YEAR. I RECEIVED (4) UNANNOUNCED FOLLOW-UP drug TESTS IN that ONE YEAR AND AFTER THE ONE YEAR EXPIRATION, I RECEIVED (7) Additional TESTS. NO OTHER EMPLOYEES WERE EXCESSIVELY drug TESTED AS I WAS.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

$250,000 PER EACH VIOLATION. AGAINST ME WITHOUT WARRANT OR JUST CAUSE BREACH OF CONTRACT - TWICE $500,000

DISCRIMINATION - $250,000

HARASSMENT - $250,000

RETALIATION - $250,000

EMOTIONAL DISTRESS - $250,000

I AM STILL SEEKING EMOTIONAL HEALTH COUNSELING behind ALL of this UNWARRANTED TREATMENT. I NEVER WANTED SPECIAL TREATMENT, ONLY FAIR TREATMENT. I AM STILL EXPRIENCING ANXIETY AND DEPRESSION behind the UNFAIR, UNJUST ACTIONS AND TREATMENT TOWARDS ME. EACH TIME I WAS EXCESSIVELY drug TESTED AFTER the ONE YEAR EXPIRED AGREEMENT, IT directly INTERFERRED With my WATER THERAPY / PHYSICAL THERAPY TREATMENTS, I WENT to AFTER WORK, delaying MY TREATMENTS

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07-08, 2021

Signature of Plaintiff: *Dawn Polk*
Printed Name of Plaintiff: DAWN C. POLK
(PLEASE SEE ATTACHED)

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
Email Address: _____

8

MY ADDRESS:

DAWN C. POLK
6376 CENTENNIAL CIRCLE
APT D
GLEN BURNIE, MD 21061
(412) 414-3172

I SUFFERED (3) TRAUMATIC INJURIES due to UNSAFE WORK CONDITIONS AT AMTRAK. THEY OCCURRED IN (3) different AREAS AT NO FAULT OF MY OWN. SINCE MY INJURIES OCCURED, THESE UNSAFE CONDITIONS IN (2) AREAS HAVE BEEN ADDRESSED. THE 3RD LOCATION OF MY INJURY HAS NOT BEEN MADE LESS UNSAFE AS OF TODAY, 07/08/2021. BECAUSE OF THE SEVERITY OF MY KNEE INJURIES, I HAD TO RETIRE ON RAILROAD DISABILITY AS OF MAY 01ST 2021. MY LAST DAY OF RAILROAD EMPLOYMENT WITH AMTRAK WAS 04/30/21. I WILL NEED KNEE REPLACEMENTS SOON; AS OF RIGHT NOW I AM GETTING CORTISONE SHOTS/EUFLEXXA INJECTIONS SO THAT I CAN WALK AND DO BASIC DAILY ACTIVITIES, LIKE SHOWER, WALK, GET DRESSED, USE BATHROOM. IT WILL TAKE UP TO A YEAR TO GET MY RAILROAD DISABILITY APPROVED. I AM ON A VERY LIMITED INCOME OF $800.00 bi-weekly, WHICH DOES NOT EVEN COVER MY MONTHLY RENT OF $1611.00 PLUS ELECTRICITY. I WOULD LIKE THE COURTS TO ASSIST ME WITH AN ATTORNEY!

SINCERELY, Danielle