United States of America                          Form AA-1rec  (09-19)
Railroad Retirement Board

APPLICATION FOR RAILROAD RETIREMENT ANNUITY - RECEIPT FOR CLAIM

NAME:                                             DAWN C POLK

APPLICATION FILING DATE:                          05/19/2021

Your application for a Disabled Employee Annuity has been released and will be processed as quickly as possible. If you do not receive notification about your application by September 1, 2021 you should contact the field office shown below.

If you change your address, or if there is some other change that may affect your application, you or your representative should report the change at once. If you have any questions we will be glad to help you. You can report changes either by telephone, mail, or in person, whichever you prefer. Most Railroad Retirement Board offices are open to the public from 9:00 AM to 3:30 PM, Monday, Tuesday, Thursday, Friday and 9:00 AM to 12:00 PM Wednesday.

The changes to be reported are listed below.

ALWAYS REPORT THESE CHANGES TO THE RRB
    RAILROAD WORK - If you return to work for a railroad or railroad labor organization or return to work in any capacity in the railroad industry.
    OTHER BENEFITS - If you begin to receive worker's compensation or a public disability benefit.
    SOCIAL SECURITY - If you file for Social Security benefits based on ANY person's earning record.
    EARNINGS - If you work for any employer or performed any self-employment work.
    PUBLIC PENSION - If you receive a lump-sum or begin to receive a pension based on employment not covered under the Social Security Administration or Railroad Retirement Board.
    ADDRESS - If your address changes, even if your payments are sent to a financial organization.
    BANK ACCOUNT - If your financial organization or the account number at your financial organization changes.
    CRIMINAL OFFENSE - If you are confined in a jail, prison, penal institution or correctional facility due to a conviction for a criminal offense.
    SETTLEMENT - If you receive a settlement with credit for railroad service as "pay-for-time-lost" for months after 04/30/2021.
    DEATH OR DISABILITY - Your representative should notify the

RRB immediately if you die or become unable to handle your own benefits.

HOW TO REPORT CHANGES
When a change occurs after you have been receiving your annuity, you should report the change at once. You or your representative can make the reports by telephone, mail or in person, whichever you prefer.

To report any changes or ask questions, you should contact:

    U.S. RAILROAD RETIREMENT BOARD
    SUITE 220
    550 WATER ST
    JACKSONVILLE   FL 32202-4411

    877-772-5772

If for some reason you are unable to contact that office, you should contact:

    U.S. Railroad Retirement Board
    844 N Rush Street
    Chicago, Illinois   60611-1275
    http://www.rrb.gov

## Receipt For Your Claim

| Employee Applicant's Name | Date Claim Received |
|---|---|
| Dawn C Polk | 5-19-21 |

Your application for railroad retirement disability benefits has been received and will be processed as quickly as possible. If you change your address or if there is some other change that may affect your claim, you or your representative should report the change. The changes to be reported are listed below. Always give us your claim number when writing or calling about your claim. If you have any questions about your claim, we will be glad to help you.

If you need to personally visit one of our field offices, please call for an appointment. You will not be refused service if you do not have an appointment, but our staff can serve you better when an appointment is made. Offices are open to the public 9:00 AM to 3:30 PM daily, except Wednesday 9:00 AM to 12:00 PM and closed Federal Holidays.

### Always Report These Changes to the RRB

- **WORK** – If you work for any employer, railroad or nonrailroad, or perform any self-employment work.
- **CONDITION** – If your condition improves.
- **WORKER'S COMPENSATION** (or any other benefit based on disability) – If you begin to receive worker's compensation payments (or any other public benefit based on disability), or if the amount of your payment changes.
- **CRIMINAL OFFENSE** – If you are confined in a jail, penal institution, or correctional facility due to a conviction for a criminal offense.
- **ADDRESS** – If your address changes.
- **LIABILITIES** – If you have a claim or a settlement related to your condition(s).

### How To Report Changes

When a change occurs after you are entitled to disability benefits, you should report the change at once. You can make your reports by telephone, mail, or in person, whichever you prefer.

To report any of the above changes, contact:

▶ Railroad Retirement Board District Office
550 Water Street
Suite 220
Jacksonville, FL 32202-4411

*allow 9-12 mos for a decision.*

☎ Telephone Number: 1-877-772-5772

If for some reason you cannot contact that office, you should contact:

▶ US RAILROAD RETIREMENT BOARD
844 N RUSH STREET
CHICAGO IL 60611-1275

Form AA-1d (05-17) Page 14

DAWN E. POLK
6376 CENTENNIAL CIR
   APT D
GLEN BURNIE, MD 21061



FILED _____ ENTERED
LOGGED _____ RECEIVED
JUL 2 7 2021
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT
         COURT
DISTRICT OF MARYLAND
      SOUTHERN DIVISON
6500 CHERRYWOOD LANE
GREENBELT, MD 20770

```
DAWN POLK
(412) 443-3172                           1 LBS      1 OF 1
THE UPS STORE #1034                      SHP WT: 1 LBS
F                                        DATE: 26 JUL 2021
6710 RITCHIE HWY
GLEN BURNIE MD 21061-2319

SHIP DISTRICT OF MD
 TO: US DISTRICT COURT
     6500 CHERRYWOOD LN

     GREENBELT MD 20770-1248

           MD 201 9-17
```

UPS GROUND
TRACKING #: 1Z E0A 616 03 8721 6269

BILLING: P/P   LOGGED — ENTERED — RECEIVED

JUL 27 2021

CLERK AT GREENBELT
DISTRICT OF MARYLAND
DEPUTY

(Reverse side label:)
205-7900
S: RED
US DISTRICT COURT
6500 CHERRYWOOD LN
GREENBELT MD 20770