# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAWN C. POLK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 21-cv-01740-LKG |
| v. ) | |
| ) | Dated: December 6, 2021 |
| AMTRAK NATIONAL RAILROAD ) | |
| PASSENGER CORPORATION, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

On November 17, 2021, plaintiff filed a sur-reply to defendant, National Railroad Passenger Corporation's d/b/a Amtrak motion to dismiss (ECF No. 49), without permission of the Court. On November 19, 2021, defendant filed a motion to strike plaintiff's sur-reply (ECF No. 50).

In light of the foregoing, it is hereby **ORDERED** that:

1. Plaintiff shall **FILE** a motion for leave to file a sur-reply to defendant's motion to dismiss **on or before December 20, 2021**.

2. Defendant's motion to strike is **DENIED AS MOOT**.

 **IT IS SO ORDERED.**

s/ Lydia Kay Griggsby<br>
LYDIA KAY GRIGGSBY<br>
United States District Judge