FILED: May 18, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1912
(1:21-cv-01740-LKG)
_____

DAWN C. POLK

    Plaintiff - Appellant

v.

AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION; ANDREW COLLINS, Amtrak D.ER; ALTON LAMONTAGNE, Roadforeman Manager; TRACEY ARMSTRONG, Trainmaster Manager

    Defendants - Appellees

_____

M A N D A T E
_____

The judgment of this court, entered April 26, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*