# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 15, 2023

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

    Re:  Dawn C. Polk
           v. Amtrak National Railroad Passenger Corporation, et al.
           No. 23-249
           (Your No. 22-1912)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 8, 2023 and placed on the docket September 15, 2023 as No. 23-249.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Redmond K. Barnes
                    Case Analyst